UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

EKATERINA LEKSINA                                CASE NO. 6:25-CV-01767 SEC P

VERSUS                                           JUDGE ROBERT R. SUMMERHAYS

SHAD RICE, ET AL                                 MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

Before the Court is the Report and Recommendation [ECF No. 8] of the Magistrate Judge. After an independent review of the record and considering the Objection to the Report and Recommendation [ECF No. 10], the Exhibit to the Objection [ECF No. 12] and the Petitioner's Response to the Objection [ECF No. 13], the Court determines that the findings are correct under the applicable law. The Magistrate Judge did not address whether the Petitioner's release could be subject to certain conditions. The Court finds that the jurisprudence supports the imposition of terms of supervision. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **GRANTED** and Petitioner be **RELEASED**. Such release "shall be subject to supervision under regulations prescribed by the Attorney General."[1]

**THUS DONE AND SIGNED** in chambers this 6th day of March, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] 8 U.S.C. 1231(a)(3).